

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00287-CV

**GOING FORWARD, INC.**,
Appellant

v.

**S&S PLUMBING CONTRACTORS, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI17293
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:    Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: November 13, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due October 7, 2024. Appellant did not file either the brief or a motion for extension of time. On October 10, 2024, we ordered appellant to file, by October 25, 2024: (1) its brief; and (2) a written response reasonably explaining its failure to timely file a brief. In our order, we cautioned appellant that if it failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not respond to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*


PER CURIAM